CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

MAR 30 2015

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| vs. | ) | Criminal Action No. 4:08CR00009-001 |
| RICO DITANYA FOSTER, | ) | ORDER |
| Defendant. | ) | |

A Supervised Release Revocation Hearing was held on March 30, 2015 for the above named defendant upon request of the United States Probation Office. It is the finding of the Court that the defendant did violate the conditions of his supervised release. It is hereby

**ORDERED**

that defendant continue on the term of supervised release imposed by this Court on October 21, 2009, with the addition of the following special conditions:

1. The defendant shall abstain from the use of alcohol.

The clerk shall send copies of this order to all counsel of record and the U. S. Probation Office.

ENTER this 30th day of March, 2015.

/s/ Jackson L. Kiser
SENIOR UNITED STATES DISTRICT JUDGE